ALLEGRA LAW FIRM, L.L.C.
286 Broad Street
Red Bank, New Jersey 07701
(732) 747-8383
Attorneys for Plaintiffs

_____

|  | |
|---|---|
| BO A. GUSTAFSSON and JORENE GUSTAFSSON, his wife | : FEDERAL DISTRICT COURT FOR THE<br>: DISTRICT OF NEW JERSEY<br>:<br>: CIVIL ACTION NO: 3:12-cv-01369-PGS-LHG |

| | |
|---|---|
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : Judge Peter G. Sheridan |
| JOSE A. RODRIGUEZ, MD, | : |
| | : Magistrate Judge Lois H. Goodman |
| LENOX HILL HOSPITAL, JOHN | : |
| DOES I-X (names being fictitious | : **NOTICE OF DISMISSAL** |
| and unknown) and JOHN ROES I-X: | **OF ACTION WITHOUT PREJUDICE** |
| (names being fictitious and | : |
| unknown) jointly, severally and in | : |
| the alternative. | : |
| | : |
| Defendants. | : |

_____

To: Clerk
    U.S. District Court for the District of New Jersey
    Clarkson S. Fisher Building & U.S. Courthouse
    402 East State Street
    Trenton, New Jersey  08608

    WHEREAS, all Defendants have filed neither an Answer nor a Motion for Summary Judgment, Plaintiff requests that this claim be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i).


                              /s/ Peter A. Allegra
                              Peter A. Allegra
                              Allegra Law Firm, LLC
                              Attorney for Plaintiffs
                              Bo A. Gustufsson and Jorene Gustafsson
                              286 Broad Street
                              Red Bank, New Jersey 07701

Dated May 18, 2012